# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Patrick Plummer, on behalf of himself individually and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   Case No.: 1:13-cv-07562-AT<br>) |
| Atlantic Credit & Finance, Inc., Capital Management Services, LP. and Velocity Investments, LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANT, CAPITAL MANAGEMENT SERVICES, LP'S,
RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Defendant, Capital Management Services, LP ("CMS"), through counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Capital Management Services, L.P. has no parent corporation. The two partners are CMS Group Inc. and CMS General Partner. CMS Group Inc. owns a 99% interest in the partnership.

Dated:  January 10, 2014

Respectfully submitted,

*s/ Aaron R. Easley*
Aaron R. Easley, Esq. (ae9922)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
Email: aeasley@sessions-law.biz

*Attorneys for Defendant,*
*Capital Management Services, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2014, a copy of the foregoing **Capital Management Services, LP's Rule 7.1(a) Corporate Disclosure Statement** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ *Aaron R. Easley*
Aaron R. Easley, Esq.
*Attorney for Defendant,*
*Capital Management Services, LP*
