UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK PLUMMER, on behalf of himself individually and all others similarly situated,<br><br>                                        Plaintiff,<br><br>-against-<br><br><br>ATLANTIC CREDIT & FINANCE, INC., CAPITAL MANAGEMENT SERVICES, LP, and VELOCITY INVESTMENTS, LLC,<br><br>                                        Defendants. | Docket No. 13-CV-07562 (AT)<br><br><br>**DISCLOSURE**<br>**PURSUANT TO RULE 7.1** |

Defendant, VELOCITY INVESTMENTS, LLC ("Velocity"), by its attorneys, HINSHAW & CULBERTSON LLP, respectfully submits Velocity's corporate disclosure statement, pursuant to Federal Rule of Civil Procedure Rule 7.1, and states as follows:

1.      Velocity has no parent corporation and no publicly held company owns 10% or more of Velocity's stock.

Dated:  February 6, 2014          HINSHAW & CULBERTSON LLP
                                  *Attorneys for Defendant*
                                    *Velocity Investments, LLC*

                                  By:     *s/Elizabeth K. Devine*
                                          Elizabeth K. Devine (ED-0082)

                                  800 Third Avenue, 13th Floor
                                  New York, New York 10022
                                  Tel: (212) 471-6200